No. 89–7691. YATES *v.* EVATT, COMMISSIONER, SOUTH CARO-LINA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. S. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 89–7743. EDMONSON *v.* LEESVILLE CONCRETE CO., INC. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 90–18. GILMER *v.* INTERSTATE/JOHNSON LANE CORP. C. A. 4th Cir. Certiorari granted limited to Question 1 presented by the petition. 

No. 90–29. PLEDGER, COMMISSIONER OF REVENUES OF AR-KANSAS *v.* MEDLOCK ET AL.; and

No. 90–38. MEDLOCK ET AL. *v.* PLEDGER, COMMISSIONER OF REVENUES OF ARKANSAS, ET AL. Sup. Ct. Ark. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 301 Ark. 483, 785 S. W. 2d 202.

No. 90–143. CONNECTICUT ET AL. *v.* DOEHR. C. A. 2d Cir. Motion of Connecticut Bankers Association et al. for leave to file a brief as *amici curiae* granted. Certiorari granted. 

No. 89–1427. PATE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 89–1428. SCHWARTZ *v.* HUNGATE, UNITED STATES DIS-TRICT JUDGE FOR THE EASTERN DISTRICT OF MISSOURI. C. A. 8th Cir. Certiorari denied. 

No. 89–1435. AMERICAN RAILWAY & AIRWAY SUPERVISORS ASSN. ET AL. *v.* SOO LINE RAILROAD CO. C. A. 8th Cir. Certiorari denied. 

No. 89–1505. DIPLARAKOS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–1517. LINN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.